# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRIS R. JONES, SR., | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00435-KJD-PAL |
| vs. | ) | **ORDER** |
| LAS VEGAS VALLEY WATER DISTRICT, *et al.*, | ) | (Mot. Quash - Dkt. #20) |
| Defendants. | ) | |

Before the court is Plaintiff's Improper Use of Subpoenas (Dkt. #20) filed June 10, 2011. The Plaintiff, who is appearing pro se, seeks an order "to quash all of the subpoenas, pursuant to Federal Rules of Civil Procedure 34(b)(45)(3)(A)(i) based upon what is just and/or correct." The motion does not identify what subpoenas are sought to be quashed, who issued them, or the legal basis for quashing them. Accordingly,

**IT IS ORDERED** Plaintiff's Motion (Dkt. #20) is **DENIED without prejudice**.

Dated this 15th day of June, 2011.

Peggy A. Leen
United States Magistrate Judge