# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRIS R. JONES, SR., <br><br> Plaintiff, <br><br> vs. <br><br> PAT MULROY, et al., <br><br> Defendants. | Case No. 2:11-cv-00435-KJD-PAL <br><br> **ORDER** <br><br> (Motion to Quash - Dkt. #22) |

This matter is before the court on Plaintiff's Motion to Quash Subpoenas (Dkt. #22) filed June 20, 2011. Previously, the Clerk of Court issued six subpoenas at Plaintiff's request to Defendant Patricia Maxwell seeking discovery. *See* Dkt. ##17, 18. The Motion represents that Plaintiff realized his use of a subpoena to seek discovery from a party was improper, and instead, he should have submitted requests for production of documents to parties from whom he sought discovery. Plaintiff requests the court quash the six subpoenas issued to Defendant Patricia Maxwell.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Quash (Dkt. #22) is GRANTED.

Dated this 30th day of June, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE