1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

5
6
7

TERRIS R. JONES, SR.,                                    )
                                                         )
                              Plaintiff,                 )        Case No.  2:11-cv-00435-KJD-PAL
                                                         )
vs.                                                      )        **ORDER OF RECUSAL**
                                                         )
LAS VEGAS VALLEY WATER DISTRICT,        )
*et al.,*                                                )
                                                         )
                              Defendant.                 )
_____ )

8
9
10
11
12
13

        The undersigned United States Magistrate Judge for the District of Nevada hereby recuses

himself from the above-entitled matter in order to avoid the appearance of impropriety, in a

proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct,

Canon 3(E)(1) and 28 U.S.C. § 455(a).

        Based on the foregoing and good cause appearing therefor,

        **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random

reassignment to another Magistrate Judge.

        DATED this 11th day of July, 2011.

14
15
16
17
18
19
20
21
22
23

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE

24
25
26
27
28