# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERRIS R JONES, SR.,

    Plaintiff,

v.

LAS VEGAS VALLEY WATER DISTRICT, *et al.*,

    Defendants.

Case No. 2:11-CV-00435-KJD-PAL

**ORDER**

Before the Court is Plaintiff Terris R. Jones's Motion to Strike Answer (#10). Defendants have filed an opposition (#11). Plaintiff is representing himself *pro se*.

Plaintiff seeks an order striking Defendants' answer "for lack of them [sic] to admit or deny every element of Plaintiff's claims." Fed. R. Civ. P. 8(b) permits a party to admit or deny the allegations of the Complaint, based on information and belief. Defendants are also entitled to state affirmative defenses. Defendants have adequately answered Plaintiff's complaint.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Answer (#10) is **DENIED**.

DATED this 23rd day of January 2012.

Kent J. Dawson
United States District Judge