AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Terris R Jones Sr

Plaintiff,

V.

Las Vegas Valley Water District et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

re Attorney Fees

Case Number: 2:11-CV-0435 KJD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants' Motion for Costs and Partial Attorneys' Fees is GRANTED. Defendants are awarded costs in the amount of $3,601.85. Defendants are awarded attorneys' fees in the amount of $1,000.

July 26, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk